# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| HANNAH MITTER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 13 CV 841 |
| | ) | |
| v. | ) | Hon. Judge Andrea R. Wood |
| | ) | |
| COUNTY OF DUPAGE, as an indemnitor, | ) | Magistrate Judge Daniel G. Martin |
| DR. BLAIN CUSACK, DUPAGE COUNTY | ) | |
| SHERIFF'S OFFICE, and JOHN ZARUBA | ) | |
| in his official capacity as DuPage County | ) | JURY TRIAL DEMANDED |
| Sheriff, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR JUDGE'S DECISION ON MOTION FOR SUMMARY JUDGMENT

Now comes the Plaintiff, Hannah Mitter, by and through her attorneys, the Law Office of Trent & Butcher, and for her Motion For Judge's Decision on Motion For Summary Judgment, states as follows:

1. That on April 3, 2015, Defendants, Sheriff of DuPage County and Dr. Blaine Cusack, filed a Motion For Summary Judgment and a Memorandum In Support of Their Motion For Summary Judgment with regard to the above-captioned matter.

2. That on May 8, 2015, Plaintiff filed a Memorandum of Law in Opposition to Defendant's Motion For Summary Judgment and a Local Rule 56.1 Response and Statement of Additional Facts Supporting Denial of Defendant's Motion for Summary Judgment.

3. That on May 28, 2015, Defendants filed Responses to Plaintiff's 56.1 Statement of Additional Facts.

4. That, to date, this Court has not rendered a decision on Defendant's Motion For Summary Judgment.

WHEREFORE, the Plaintiff, Hannah Mitter, respectfully requests that this Honorable Court render a decision on Defendant's Motion For Summary Judgment and for such other and further relief as is deemed just.

Dated: September 8, 2016

                                              Respectfully submitted,

                                              By: /s/ Douglas P. Trent
                                              One of Plaintiff's Attorneys

Douglas P. Trent
LAW OFFICE OF TRENT & BUTCHER
350 S. Schmale Road, Suite 130
Carol Stream, IL 60188
(630) 682-3100

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on September 8, 2016, he caused a copy of **Motion for Judge's Decision on Motion For Summary Judgment**, to be electronically filed with the Court's CM/ECF system, which will send notification of such filing to the following:

Gregory Vaci
Lisa A. Smith
William Roberts
DuPage County State's Attorney
503 N. County Farm Road
Wheaton, Illinois 60187

/s/ Douglas P. Trent
Douglas P. Trent